Certificate Number: 14751-NJ-DE-037048164

Bankruptcy Case Number: 22-19057


14751-NJ-DE-037048164

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 23 2022
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2022, at 1:02 o'clock PM PST, MILFORD WINTER completed a course on personal financial management given by internet by $$$$$$0$ BK Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: December 16, 2022        By:    /s/AMEY AIONO

                               Name:  AMEY AIONO

                               Title: Certified Credit Counselor



M. Winters
15 Webb Ave
Pitman NJ 08071

US Bankruptcy Court
401 Market Street
Camden NJ 08101