UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Milford Fred Winter, III

Case No.: 22-19057/ABA
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 24, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
15 Webb Avenue
Pitman, NJ
FMV - $175,000.00 - $190,000.00

Liens on property:
Rocket Mortgage - $192,196.32

Amount of equity claimed as exempt: $23,140.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19057-ABA
Milford Fred Winter, III  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Dec 27, 2022      Form ID: pdf905      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milford Fred Winter, III, 15 Webb Ave, Pitman, NJ 08071-1466 |
| cr | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |
| 519765481 | + | Eric S. Kershenblatt, 48S New York Road, Suite B-5, Galloway, NJ 08205-9676 |
| 519765483 | + | Four Seasons Gym, 626 Delsea Drive N, Glassboro, NJ 08028-1419 |
| 519791214 | + | Michelle Basetti, 410 Moore Blvd, Clayton, NJ 08312-1960 |
| 519765454 | + | Valley National Bank, 1460 Valley Road, Wayne , NJ 07470-8494 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2022 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2022 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519765473 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 27 2022 21:45:00 | Apple Card - GS Bank, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519765463 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2022 21:56:32 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519765460 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:39 | Capital One - Mastercard, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519765467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:29 | Capital One - Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519791215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:48 | Capital One - Walmart, PO Box 71083, Charlotte, NC 28272-1083 |
| 519765470 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2022 21:56:29 | Capital One Quicksilver, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519765474 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2022 21:45:00 | Comenity Bank/Big Lots, PO Box 18120, Columbus, OH 43218 |
| 519765461 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2022 21:56:40 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519765465 | + | Email/Text: mrdiscen@discover.com | Dec 27 2022 21:45:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519765464 | + | Email/Text: Mercury@ebn.phinsolutions.com | Dec 27 2022 21:45:00 | FB&T/Mercury, Po Box 84064, Columbus, GA 31908-4064 |
| 519765459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2022 21:56:28 | JPMC Card Services, PO Box 15369, Wilmington, |

Case 22-19057-ABA   Doc 29   Filed 12/29/22   Entered 12/30/22 00:13:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf905 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | DE 19850 |
| 519765468 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Dec 27 2022 21:45:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519765475 | ^ | MEBN | | |
| | | | Dec 27 2022 21:40:41 | Lending Point, 1201 Roberts Blvd, Building B200, Kennesaw, GA 30144-3612 |
| 519765480 | + | Email/Text: EBN@Mohela.com | | |
| | | | Dec 27 2022 21:45:00 | MOHELA Department Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519765476 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Dec 27 2022 21:45:00 | Mariner Finance, 8211 Town center Dr, Nottingham, MD 21236-5904 |
| 519765477 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Dec 27 2022 21:46:31 | NC Financial, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 519765469 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 27 2022 21:56:39 | Plus Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 519765453 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 27 2022 21:46:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519765458 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 27 2022 21:56:48 | SYNCH/Nautilus, PO Box 965036, Orlando, FL 32896-5036 |
| 519765472 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 27 2022 21:56:30 | Synch/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519765471 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 27 2022 21:56:40 | Synch/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519765455 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | | Dec 27 2022 21:56:28 | T-Mobile Wireless, PO Box 37380, Albuquerque, NM 87176 |
| 519765466 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 27 2022 21:45:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519765478 | | Email/Text: bknotice@upgrade.com | | |
| | | | Dec 27 2022 21:45:00 | Upgrade Inc, 2 North Central Ave, 10th Floor, Pheonix, AZ 85004 |
| 519765462 | + | Email/Text: bkelectronicnotices@usaa.com | | |
| | | | Dec 27 2022 21:45:00 | USAA Savings Bank, 10750 Mc Dermott Fwy, San Antonio, TX 78288-1600 |
| 519765484 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 27 2022 21:45:00 | Verizon FIOS, One Verizon Way, Basking Ridge, NJ 07920-1097 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519765482 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile Wireless, PO Box 37380, Albuquerque, NM 87176 |
| 519765456 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile Wireless, PO Box 37380, Albuquerque, NM 87176 |
| 519765457 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile Wireless, PO Box 37380, Albuquerque, NM 87176 |
| 519765479 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, 2 North Central Ave, 10th Floor, Pheonix, AZ 85004 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 22-19057-ABA    Doc 29    Filed 12/29/22    Entered 12/30/22 00:13:05    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf905 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Brian E Caine

on behalf of Creditor Wilmington Savings Fund Society FSB  not in its individual capacity but solely as certificate trustee of Bosco Credit V Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donna L. Thompson

on behalf of Creditor Valley National Bank donna.thompson@dlthompsonlaw.com dlthompsonlaw@aol.com

Joseph Marchand

jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5