| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Milford F Winter III<br>15 Webb Avenue<br>Pitman NJ 08071<br>(609) 502-0286 | FILED<br>JEANNE A. NAUGHTON, CLERK<br>DEC 30 2022<br>U.S. BANKRUPTCY COURT<br>CAMDEN, N.J.<br>BY _____ DEPUTY |

| | |
|---|---|
| In Re:<br>Milford F. Winter III<br>15 Webb Avenue<br>Pitman NJ 08071<br>(609) 502-0286 | Case No.: 22-19057-ABA<br>Chapter: 7<br>Hearing Date: 1/10/2023<br>Judge: Altenberg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion to Redeem Property (2019 Toyota Camry)

Date: 12/28/2022

Signature

*rev.8/1/15*

E Winters
Ebb Ave
NJ 08701

US Bankruptcy Court
401 Market Street
Camden NJ 08101





RDC 99

08101



U.S. POSTAGE PAID
FCM LG ENV
PITMAN, NJ
08071
DEC 28, 22
AMOUNT
$1.68
R2305M146628-04