# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Milford Fred Winter, III, Debtor(s)

Case No.: 22-19057
Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Valley National Bank

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4B
Camden, NJ

**Date and Time:** Tuesday, Jan. 31, 2023 at 12:00 PM or as soon as the matter may be reached.

**The hearing will be held by telephone. Debtor(s) should reach out to www.Court-Solutions.com to register their appearance for the hearing and may request the fee be waived. Any questions, please contact Heather Renye at 856-361-2353.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 9, 2023 the foregoing notice was served on the following:

Debtor, Pro Se