Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  22−19057−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Milford Fred Winter III
   15 Webb Ave
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8034

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Priscilla Quiles , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Property: 15 Webb Avenue, Pitman, NJ

Dated: January 18, 2023
JAN:

                      Jeanne Naughton
                      Clerk